No. 708, Misc. NEGRI v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 723, Misc. MARTIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se.* Solicitor General *Cox,* Acting Assistant Attorney General *Foley,* Beatrice Rosenberg and *Julia P. Cooper* for the United States.

No. 729, Misc. GARDNER v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 731, Misc. MIDGETT v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 733, Misc. WASHINGTON v. DISTRICT OF COLUMBIA GOVERNMENT ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* Solicitor General *Cox,* Acting Assistant Attorney General *Doar* and *Harold H. Greene* for respondents.

No. 737, Misc. DE LUCIA v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 743, Misc. IN RE LIPSCOMB. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* Solicitor General *Cox,* Acting Assistant Attorney General *Foley* and *Beatrice Rosenberg* for the United States.

No. 749, Misc. GERMAN v. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 754, Misc. PATRICK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.